No. 94–7702. MARBURY v. JABE, WARDEN. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Thompson* v. *Keohane, ante*, p. 99.

No. 95–5081. FELTROP v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Thompson* v. *Keohane, ante*, p. 99.

No. A–476. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. v. CARRIGER. Application to vacate stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. D–1572. IN RE DISBARMENT OF GIAMPA. Disbarment entered. [For earlier order herein, see 515 U. S. 1172.]

No. D–1621. IN RE DISBARMENT OF HARVEY. Walter L. Harvey, of Scottsdale, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–16. MARIAN v. GORIS ET AL. Motion for reconsideration of order denying leave to file petition for writ of certiorari out of time [*ante*, p. 928] denied.

No. M–26. BERRY v. OHIO. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 94–1837. BARNETT BANK OF MARION COUNTY, N. A. v. NELSON, FLORIDA INSURANCE COMMISSIONER, ET AL. C. A. 11th Cir. [Certiorari granted *sub nom. Barnett Bank of Marion County, N. A.* v. *Gallagher*, 515 U. S. 1190.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.